**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

September 17, 2015

Hon. Thomas Kelley
Assistant District Attorney
801 W. Division
Orange, TX 77630
* DELIVERED VIA E-MAIL *

Hon. Stephen Carlton
Orange County Courthouse
801 Division Street
Orange, TX 77630
* DELIVERED VIA E-MAIL *

Hon. Bryan Laine
1045 South Redwood
Kountze, TX 77625
* DELIVERED VIA E-MAIL *

Re: Cause No. 13-14-00191-CR
Tr.Ct.No. E105654
Style: Salma Monala-Khalil v. The State of Texas

Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc: County Court at Law No. 2 (DELIVERED VIA E-MAIL)
Hon. Karen Vance, Orange County Clerk (DELIVERED VIA E-MAIL)
Hon. Olen Underwood, Presiding Judge, Second Administrative Judicial Region
(DELIVERED VIA E-MAIL)